THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAUL LOPEZ, Appellant.

Submitted November 29, 2004; decided December 16, 2004

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 45 West 45th Street, 7th Floor, New York, NY 10036 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KATHERINE M. SEEBER, Appellant.

Submitted November 29, 2004; decided December 16, 2004

Motion for assignment of counsel granted and Eugene P. Grimmick, Esq., 52 Second Street, Troy, New York 12180 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v NORRIS WILLIAMS, Respondent.

Submitted November 29, 2004; decided December 16, 2004

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.